# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Beresford Corporation**, a California Corporation; and Does 1-10, <br><br> Defendants. | **Case: No: 3:18-CV-02680-EDL** <br><br> [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and include March 29, 2019.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 12/17/18

*Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE